11-3381381

B6B (Official Form 6B) (12/07)

In re   Edward P. Murray                                    ,        Case No.  1-10-48750-jf
                          Debtor                                                    (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand | | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account $2,000 & Savings account $50, joint with wife, Bank of America | | 2,050.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account, joint with wife, Capital One Bank | | 20.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings- 2 Beds, Couch, Television, Table & Chairs | | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel and personal effects | | 1,000.00 |
| 7. Furs and jewelry. | | Miscellaneous jewelry-watch, ring, necklace | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Edward P. Murray                                    Case No. 1-10-48750-jf
                   Debtor                                              (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Oscar Lavorel & Big Value $ Const. Inc.** | | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Ford Explorer 88,000 miles** | | **3,625.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Edward P. Murray                                     ,          Case No. 1-10-48750-jf
                        Debtor                                                    (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__ continuation sheets attached     Total ➤ | | $ 8,245.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:                                                                              Chapter 7

    EDWARD P. MURRAY,                                      Case No.: 1-10-48750-jf

    Debtors.
-----------------------------------------------------------x

## AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)

Gary C. Fischoff, Esq. , attorney for the debtors herein, affirms as follows:

1.    Debtor(s) filed a petition under Chapter 7 of the Bankruptcy Code on September 16, 2010.

2.    Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s).  The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

3.    If applicable, an amended mailing matrix is annexed hereto reflecting such changes as have been referred to above.

Dated: Woodbury, New York
       October 14, 2010

                        STEINBERG, FINEO, BERGER
                        & FISCHOFF, P.C.
                        Attorneys for Debtor

BY: _____
                        GARY C. FISCHOFF, ESQ.
                        40 Crossways Park Drive
                        Woodbury, New York 11797
                        (516) 747-1136

IN RE: EDWARD P. MURRAY
CASE NO.1-10-48750-jf
CHAPTER 7

*SPECIFIC LIST SETTING FORTH THE CHANGES*

**SCHEDULE B - PERSONAL PROPERTY**

To change the value of 2002 Ford Explorer from $6,325.00 to $3,625.00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:                                                                          Chapter 7

      EDWARD P. MURRAY,                                       Case No. 1-10-48750-jf

                     Debtors.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                              :ss.
COUNTY OF NASSAU )

    I, Dawn Traina, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Bellmore, New York.

    On October 14, 2010, I served a copy of the within **AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a), SPECIFIC LIST AND AMENDED SCHEDULE B** by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known addresses set forth after each name:

**SEE ANNEXED SERVICE LIST:**

_____
Dawn Traina

Sworn to before me this
14th day of October 2010

_____
Notary Public

BRIAN P. SCHECHTER
Notary Public, State Of New York
No. 02SC4981650
Qualified In Nassau County
Commission Expires May 13, 20 11

## SERVICE LIST

Office of the U.S. Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

John S. Pereira, Trustee
150 East 58th Street
14th Floor
New York, NY 10155

Bank of America
PO Box 45224
Jacksonville, FL 32232-5224