11-3381381

B6C (Official Form 6C) (4/10)

In re   Edward P. Murray                                          ,          Case No.   1-10-48750-jf
                        Debtor                                                              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                     $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2002 Ford Explorer 88,000 miles | Debt. & Cred. Law § 282 | 2,400.00 | 3,625.00 |
| Cash on hand | Debt. & Cred. Law § 283 | 50.00 | 50.00 |
| Checking account $2,000 & Savings account $50, joint with wife, Bank of America | Debt. & Cred. Law § 283 | 2,050.00 | 2,050.00 |
| Checking account, joint with wife, Capital One Bank | Debt. & Cred. Law § 283 | 20.00 | 20.00 |
| Household goods and furnishings- 2 Beds, Couch, Television, Table & Chairs | Debt. & Cred. Law § 283 | 1,000.00 | 1,000.00 |
| Miscellaneous jewelry-watch, ring, necklace | Debt. & Cred. Law § 283 | 500.00 | 500.00 |
| Wearing apparel and personal effects | Debt. & Cred. Law § 283 | 1,000.00 | 1,000.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

11-3381381
B6D (Official Form 6D) (12/07)

In re   Edward P. Murray                                        ,       Case No.   1-10-48750-jf
                              Debtor                                                  (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 630 10003118828 <br> Bank of America <br> PO Box 45224 <br> Jacksonville FL 32232-5224 | | | 2005 <br> Car loan <br> 2002 Ford Explorer <br> 88,000 miles <br><br> VALUE $3,625.00 | | | | 1,305.62 | 0.00 |
| ACCOUNT NO. 186056917 <br> Bank of America <br> PO Box 5170 <br> Simi Valley CA 93062-5170 | | X | 2008 <br> 1st Mortgage <br> One family house-residence located at 806 Church Road, Broad Channel, NY 11693 [Block 15462; Lot 8] <br><br> VALUE $229,800.00 | | | | 337,672.31 | 107,872.31 |

0   continuation sheets
    attached

Subtotal ➤
(Total of this page)                    $ 338,977.93    $ 107,872.31

Total ➤
(Use only on last page)                 $ 338,977.93    $ 107,872.31

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re:                                                                Chapter 7

      EDWARD P. MURRAY,                                  Case No. 1-10-48750-jf

      Debtors.
------------------------------------------------------------x

## AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)

Gary C. Fischoff, attorney for the debtors herein, affirms as follows:

1.    Debtors filed a petition under Chapter 7 of the Bankruptcy Code on September 16, 2010.

2.    Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

3.    If applicable, an amended mailing matrix is annexed hereto reflecting such changes as have been referred to above.

Dated: Woodbury, New York
       October 18, 2010

                                        STEINBERG, FINEO, BERGER,
                                        & FISCHOFF, P.C.
                                        Attorneys for Debtor

                BY:    _____
                                        Gary C. Fischoff
                                        40 Crossways Park Drive
                                        Woodbury, New York 11797
                                        (516) 747-1136

EDWARD P. MURRAY                     CASE NO. 1-10-48750-jf

CHAPTER 7

*SPECIFIC LIST SETTING FORTH THE CHANGES*

SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

To change value of 2002 Ford Explorer from $6,325.00 to $3,625.00

SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

To change value of 2002 Ford Explorer from $6,325.00 to $3,625.00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In Re:                                                       Chapter 7

    EDWARD P. MURRAY,                         Case No. 1-10-48750-jf

                            Debtors.
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                              :ss.
COUNTY OF NASSAU )

       I, Dawn Traina, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Bellmore, New York.

       On October 18, 2010 I served a copy of the within **AFFIRMATION, THE SPECIFIC LIST AND AMENDED SCHEDULES C & D,** on the US Trustee, Trustee and all the creditors of the debtor by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known addressees indicated below:

Office of the US Trustee, Long Island Federal Courthouse, 271 Cadman Plaza East, Suite 4529, Brooklyn, NY 11201, John S. Pereira, Trustee, 150 East 58th Street, 14th Floor, New York, NY 10155 and to all the creditors listed on the annexed list.

**SEE ANNEXED SERVICE LIST:**

_____
Dawn Traina

Sworn to before me this
18th day of October 2010

_____
Notary Public
KAREN A. RUBINO
Notary Public, State of New York
NO. 01RU5003603
Qualified in Suffolk County
Commission Expires October 26, 2011

   
Label Matrix for local noticing
0207-1
Case 1-10-48750-jf
Eastern District of New York
Brooklyn
Mon Oct 18 11:42:05 EDT 2010

271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1820

American Debt Foundation Inc
Global Client Solutions LLC
4500 S 129th East Ave., Ste 177
Tulsa OK 74134-5870

Bank of America
PO Box 45224
Jacksonville FL 32232-5224

Bank of America
PO Box 5170
Simi Valley CA 93062-5170

Chase Bank USA NA
JP Morgan Chase Legal Dept.
1985 Marcus Avenue, NY 2-M352
New Hyde Park, NY 11042-1013

Citibank SD NA
Forster & Garbus LLP
500 Bi-County Blvd., Ste 300
Farmingdale NY 11735-3960

Citibank SD NA
Rubin & Rothman LLC
1787 Veterans Highway, Ste 32
Islandia NY 11749-1500

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

NYS Dept of Tax & Finance
Bankruptcy Unit TCD
Bldg 8 Room 455
WA Harriman State Campus
Albany NY 12240-0001

Oscar Lavorel & Big Value Const. Inc.
Marous & Marous PC
1674 Broadway 5th Floor
New York, NY 10019-5838

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201-1833

John S. Pereira
150 East 58th Street
14th Floor
New York, NY 10155-0002

Internal Revenue Service
11601 Roosevelt Boulevard
PO Box 21126
Philadelphia, PA 19114