UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
x--------------------------------------------------------x
In re:

Edward P.  Murray
aka Edward Phillip Murray,                              Case No. 10-48750-JF
                                                       (Chapter 7)


                                    Debtor.
x--------------------------------------------------------x


**STATEMENT OF THE UNITED STATES TRUSTEE REGARDING TRUSTEE'S**
**FINAL REPORT AND APPLICATION FOR COMPENSATION**

        Tracy Hope Davis, United States Trustee for Region 2 (the "United States
Trustee"), hereby submits her statement regarding the Trustee's Final Report (the
"TFR"), Exhibits A through F, and application for compensation (the "Application") filed
in the above-entitled case and respectfully represents and alleges as follows:

        1.        The United States Trustee certified that she reviewed the TFR, including
Exhibits A through F, and the Application in the docket entry generated when she filed
the TFR on April 25, 2013.

        2.        The gross receipts of this estate total $3,500.22.  *See* TFR, ¶ 4.   The estate
was created from the settlement of personal injury case.  S*ee* Narrative, Exhibit F to the
TFR.  Disbursements in the amount of $402.49 for the Trustee's bond premium and the
bank service fees have been made and the balance on hand is $3,097.73.

        3.        The Trustee reports that he has analyzed all claims that were filed with the
Court.  *See* TFR, ¶ 6.  If the Court approves the Applications as filed, the general secured
creditors will receive a 15.1% distribution.  *See* Trustee's Proposed Distribution, Exhibit
D to the TFR.

      4.      The United States Trustee has reviewed the time records submitted by the Trustee.  The compensation requested by the Trustee is reasonable in light of the work performed.   Therefore, the United States Trustee has no objection to the entry of an order approving the Application as follows:

| Applicant | Compensation Sought | Expenses Sought |
|---|---|---|
| John S. Pereira, Esq.<br>Chapter 7 Trustee<br>(maximum compensation)<br>*See* TFR, ¶ 8 | $875.06 | $60.54 |

      WHEREFORE, the United States Trustee requests that the Court approve the TFR and the Application and grant other relief as is just.

Dated: Brooklyn, New York
     April 25, 2013                  TRACY HOPE DAVIS
                                      UNITED STATES TRUSTEE

                        By:    /s/William E. Curtin_____
                              William E. Curtin (WC-1974)
                              Trial Attorney
                              271-C Cadman Plaza East
                               Suite 4529
                              Brooklyn, New York 11201
                              Phone: 718.422.4960
                              Facsimile: 718.422.4990
                              William.E.Curtin@usdoj.gov

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
x-------------------------------------------------------X
In re:

Edward P. Murray
aka Edward Phillip Murray,                              Case No. 10-48750-JF
                                                       (Chapter 7)


                                    Debtor.
x-------------------------------------------------------X


                        **CERTIFICATE OF SERVICE**


       I, Lynda A. Rettagliata, am employed at the Office of the United States Trustee
for the Eastern District of New York, Brooklyn Division. I hereby certify that, on April
25, 2013, I caused a copy of the Statement of the United States Trustee Regarding
Trustee's Final Report and Application for Compensation (the "Statement") to be served
by electronic mail upon the parties listed below:

Dated: Brooklyn, New York
      April 25, 2013

                                              /s/ Lynda A. Rettagliata
                                              Lynda A. Rettagliata
                                              Bankruptcy Analyst

**Chapter 7 Trustee**
John S. Pereira, Esq
405 Lexington Avenue
7th Floor
New York, New York 10174