# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: MURRAY, EDWARD P § Case No. 10-48750-ess
§
aka EDWARD PHILLIP MURRAY §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN S. PEREIRA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $240,745.00                Assets Exempt: $7,020.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,162.13     Claims Discharged
                                               Without Payment: $65,120.59

Total Expenses of Administration: $1,338.09

---

3) Total gross receipts of $ 3,500.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,500.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $338,977.93 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,338.09 | 1,338.09 | 1,338.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,282.72 | 14,296.97 | 14,296.97 | 2,162.13 |
| **TOTAL DISBURSEMENTS** | $406,260.65 | $15,635.06 | $15,635.06 | $3,500.22 |

4) This case was originally filed under Chapter 7 on September 16, 2010. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2013          By: /s/JOHN S. PEREIRA
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CLAIM AGAINST OSCAR LAVOREL & BIG VALUE $ CONST. | 1129-000 | 3,500.00 |
| Interest Income | 1270-000 | 0.22 |
| **TOTAL GROSS RECEIPTS** | | **$3,500.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 337,672.31 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4210-000 | 1,305.62 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$338,977.93** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN S. PEREIRA | 2100-000 | N/A | 875.06 | 875.06 | 875.06 |
| JOHN S. PEREIRA | 2200-000 | N/A | 60.54 | 60.54 | 60.54 |
| JOHN S. PEREIRA | 2300-000 | N/A | 6.30 | 6.30 | 6.30 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| JOHN S. PEREIRA | 2300-000 | N/A | 2.29 | 2.29 | 2.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| JOHN S. PEREIRA | 2300-000 | N/A | 3.90 | 3.90 | 3.90 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,338.09 | $1,338.09 | $1,338.09 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 14,296.97 | 14,296.97 | 14,296.97 | 2,162.13 |
| NOTFILED | Oscar Lavorel & Big Value Const. Inc. | 7100-000 | 20,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank SD NA | 7100-000 | 25,695.80 | N/A | N/A | 0.00 |
| NOTFILED | American Debt Foundation Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citibank SD NA | 7100-000 | 6,789.95 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $67,282.72 | $14,296.97 | $14,296.97 | $2,162.13 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-48750-ess  
**Case Name:** MURRAY, EDWARD P  

**Period Ending:** 07/31/13  

**Trustee:** (521210) JOHN S. PEREIRA  
**Filed (f) or Converted (c):** 09/16/10 (f)  
**§341(a) Meeting Date:** 10/20/10  
**Claims Bar Date:** 05/26/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ONE FAMILY HOUSE-RESIDENCE LOCATED AT 806 CHURCH<br>  located at 806 Church Road<br>Broad Channel, NY 11693<br>[Block 15462; Lot 8] | 229,800.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING & SAVINGS ACCOUNT - BANK OF AMERICA<br>  Joint with wife<br>Checking - $2,000<br>Savings - $50 | 2,050.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNT - CAPITAL ONE<br>  Joint with wife | 20.00 | 0.00 | | 0.00 | FA |
| 5 | DUPLICATE ENTRY - REFER TO ASSET #3 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | DUPLICATE ENTRY - REFER TO ASSET #4 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS<br>  2 Beds, Couch, Television, Table & Chairs | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL AND PERSONAL EFFECTS | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | MISCELLANEOUS JEWELRY<br>  watch, ring, necklace | 500.00 | 0.00 | | 0.00 | FA |
| 10 | CLAIM AGAINST OSCAR LAVOREL & BIG VALUE $ CONST. | Unknown | 0.00 | | 3,500.00 | FA |
| 11 | 2002 FORD EXPLORER | 6,325.00 | 0.00 | | 0.00 | FA |
| 12 | DUPLICATE ENTRY - REFER TO ASSET #11 | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.22 | FA |
| 13 | **Assets    Totals** (Excluding unknown values) | **$240,745.00** | **$0.00** | | **$3,500.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Personal injury action pending; Attorney contacted.  Case settled before contact; debtor's share of settlement proceeds  turned over but amount may be disputed.  Claims bar date 5/26/11.   Final report being prepared.

Printed: 07/31/2013 10:38 AM    V.13.13

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-48750-ess  **Trustee:** (521210) JOHN S. PEREIRA
**Case Name:** MURRAY, EDWARD P  **Filed (f) or Converted (c):** 09/16/10 (f)
 **§341(a) Meeting Date:** 10/20/10
**Period Ending:** 07/31/13  **Claims Bar Date:** 05/26/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2011  **Current Projected Date Of Final Report (TFR):** April 15, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-48750-ess | | Trustee: | JOHN S. PEREIRA (521210) |
|---|---|---|---|---|
| Case Name: | MURRAY, EDWARD P | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******80-65 - Checking Account |
| Taxpayer ID #: | **-***9020 | | Blanket Bond: | $67,175,000.00   (per case limit) |
| Period Ending: | 07/31/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/25/11 | {10} | Jeffrey Benjamin PC | Debtor's portion of gross settlement proceeds | 1129-000 | 3,500.00 | | 3,500.00 |
| 03/10/11 | 1001 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2011 FOR CASE #10-48750 | 2300-000 | | 6.30 | 3,493.70 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.72 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.74 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.76 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.80 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.70 | 3,487.10 |
| 08/04/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -6.70 | 3,493.80 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.82 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.84 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,493.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,468.86 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,468.88 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,443.88 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,443.90 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,418.90 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,418.92 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,393.92 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,368.92 |
| 03/09/12 | 1002 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2012 FOR CASE #10-48750 | 2300-000 | | 2.29 | 3,366.63 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,341.63 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,316.63 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,291.63 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,266.63 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,241.63 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,216.63 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,191.63 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,166.63 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,141.63 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052121088 20121213 | 9999-000 | | 3,141.63 | 0.00 |

Subtotals :       $3,500.22       $3,500.22

{} Asset reference(s)                                                                                           Printed: 07/31/2013 10:38 AM     V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-48750-ess  
**Case Name:** MURRAY, EDWARD P  

**Taxpayer ID #:** **-***9020  
**Period Ending:** 07/31/13  

**Trustee:** JOHN S. PEREIRA (521210)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******80-65 - Checking Account  
**Blanket Bond:** $67,175,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **3,500.22** | **3,500.22** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 3,141.63 | |
| | | | **Subtotal** | | **3,500.22** | **358.59** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,500.22** | **$358.59** | |

{} Asset reference(s)

Printed: 07/31/2013 10:38 AM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-48750-ess  
**Case Name:** MURRAY, EDWARD P  
**Taxpayer ID #:** **-***9020  
**Period Ending:** 07/31/13  

**Trustee:** JOHN S. PEREIRA (521210)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $67,175,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,141.63 | | 3,141.63 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,131.63 |
| 01/02/13 | 11003 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2013 FOR CASE #10-48750 | 2300-000 | | 3.90 | 3,127.73 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,117.73 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,107.73 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,097.73 |
| 06/06/13 | 11004 | JOHN S. PEREIRA | Dividend paid 100.00% on $875.06, Trustee Compensation; Reference: | 2100-000 | | 875.06 | 2,222.67 |
| 06/06/13 | 11005 | JOHN S. PEREIRA | Dividend paid 100.00% on $60.54, Trustee Expenses; Reference: | 2200-000 | | 60.54 | 2,162.13 |
| 06/06/13 | 11006 | Chase Bank USA, N.A. | Dividend paid 15.12% on $14,296.97; Claim# 1; Filed: $14,296.97; Reference: 1886 | 7100-000 | | 2,162.13 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,141.63** | **3,141.63** | **$0.00** |
| | | | Less: Bank Transfers | | 3,141.63 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **3,141.63** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,141.63** | |

| | Net Receipts : | 3,500.22 |
|---|---|---|
| | Net Estate : | $3,500.22 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******80-65** | 3,500.22 | 358.59 | 0.00 |
| **Checking # ******2466** | 0.00 | 3,141.63 | 0.00 |
| | $3,500.22 | $3,500.22 | $0.00 |